Amy E. Rudley, Esquire
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 344-3161
Facsimile: (609) 344-0939
61756-00001
arudley@cooperlevenson.com
Attorney for Defendant, Shore Diner, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA MOLINA, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORE DINER, INC.,<br><br>Defendant. | Civil Action No.<br><br>1:18-cv-16266 NLH/JS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

Dated: 3/15/19

BROWN, LLC

By:_____
Jason T. Brown, Esquire
Attorneys for Plaintiff

COOPER LEVENSON, PA

By:_____
Amy E. Rudley, Esquire
Attorneys for Defendant, Shore Diner, Inc.

CLAC 4811110.1